983 F.2d 1060
 In Matter of Transamerican Natural Gas Corp.; Toma Steel Supply, Inc.
v.
Transamerican Natural Gas Corporation; In Matter of
Transamerican Natural Gas Corp.; Toma Steel Supply, Inc. v.
GHR Energy Corp.; In Matter of Transamerican Natural Gas
Corp.; Toma Steel Supply, Inc. v. Transamerican Natural Gas
Corporation, f/k/a GHR Energy Corporation
 NOS. 91-2550, 91-2915
 United States Court of Appeals,
Fifth Circuit.
 Jan 22, 1993
 S.D.Tex., 978 F.2d 1409
 
 1
 DENIALS OF REHEARING EN BANC.